**Order entered November 28, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00496-CV

**JAMES MARK DUNNE, Appellant**

**V.**

**BRINKER TEXAS, INC., CHILI'S BEVERAGE COMPANY, INC., AND BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., D/B/A CHILI'S GRILL & BAR, AND LOIS AHLGRIM, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13853**

## ORDER

We **GRANT** appellees' November 22, 2016 unopposed third motion for extension of time to file their brief and extend the time to **DECEMBER 2, 2016**. No further extensions will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE